```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                             EASTERN DIVISION
```

In re:                              ) CASE NO: 11-43870-399  Chapter 13
      RUFUS LEE CRAWFORD JR         )
                                    ) Trustee's Objection to Confirmation
                                    )
                                    ) Original confirmation hearing
                         Debtor(s)  ) set for Jun 15, 2011 10:00 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The set monthly payments to be made by the Trustee exceed the plan payment.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

|  |  |
|---|---|
| KLW-221 | /s/ John V. LaBarge, Jr. <br> -------------------------------- <br> John V LaBarge Jr |
| Copy served on the following either through the Court's ECF system or by ordinary mail on June 23, 2011  : | Chapter 13 Trustee <br> P.O. Box 430908 <br> St. Louis, MO 63143   (314) 781-8100 <br> trust33@ch13stl.com   Fax:(314) 781-8881 |

ROCHELLE D STANTON
745 OLD FRONTENAC SQ
STE 202
CREVE COEUR MO  63131

RUFUS LEE CRAWFORD JR
16479 HAMPDEN PLACE
FLORISSANT MO  63034